UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MCCOVEY,<br><br>    Plaintiff,<br><br>    v.<br><br>BUREAU OF INDIAN AFFAIRS, *et al.*,<br><br>    Defendants. | Case No. 14-cv-01645-JD<br><br>**ORDER OF DISMISSAL** |

This is a civil rights case filed pro se by a former prisoner. On June 5, 2014, the court dismissed the complaint with leave to amend after discussing its deficiencies. The twenty-eight days to amend has passed and plaintiff has not filed an amended complaint or otherwise communicated with the Court. This case is **DISMISSED** for failure to state a claim as set forth in the Court's prior screening order.

**IT IS SO ORDERED.**

Dated: July 23, 2014

_____
JAMES DONATO
United States District Judge

14-cv-01645-JD-_dis_fta